# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**KEDRICK SPEARS**                                                                                        **PLAINTIFF**

**VS.**                       **5:18-cv-00089 BRW-PSH**

**TAYLOR,** *et al.*                                                                            **DEFENDANTS**

## **JUDGMENT**

Based on the order entered today, judgment is entered dismissing this case without prejudice.

IT IS SO ORDERED this 11th day of July, 2018.

                                                                     /s/ Billy Roy Wilson _____
                                                                     UNITED STATES DISTRICT JUDGE